Clerk Office United State District Court U.S. Courthouse

Matthew McCague

v

Central Office Inspector

Case No.: 3:21-cv-190-TJC-PDB

## Mandamus

1) Being basas against inmates who are trying to go under Protective management

2) Make the Inspector do her Job and Come see me

FILED 2021 FEB 26 AM 10:57